No. 81–5796. BROMWELL *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 81–5797. EVANS *v.* REED ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5798. JOHNSON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5800. MOORE *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION. C. A. 11th Cir. Certiorari denied.

No. 81–5803. PHILLIPS ET AL. *v.* PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5804. RENEER *v.* SMITH, SUPERINTENDENT, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 81–5805. CHICCO *v.* CITY OF NEW BEDFORD ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–5806. PLEASANT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 81–5808. TINKLE *v.* UNITED STATES; and
No. 81–5913. GARRETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 655 F. 2d 617.

No. 81–5809. SCOTT *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–5811. CUNNINGHAM *v.* PERINI. C. A. 6th Cir. Certiorari denied.

No. 81–5814. GOETZ *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.